**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIHWEN SIMON CHAN and SYSONIC ELECTRONICS, INC.,<br><br>                           Plaintiffs,<br>-v-<br><br>SIENNA MARKETING AND CONSULTING, INC. D/B/A CREATIVE CAPITAL SOLUTIONS, CITY CAPITAL NY, LLC, PROVENTURE CAPITAL, LLC, SEAMLESS CAPITAL GROUP, LLC, JOHN DOES 1-10,<br><br>                          Defendants. | Cv. Action No. 1:24-cv-04071-LAK-GS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that:

1.    The time of Defendant Sienna Marketing and Consulting, Inc. d/b/a Creative Capital Solutions ("Sienna") to answer or otherwise respond to the Complaint is adjourned to September 3, 2024, to align the answer date with the remaining Defendants and to allow for settlement discussions.

2.    This stipulation may be filed with the Court without further notice.

Dated:  Englewood Cliffs, New Jersey
         July 29, 2024

| | |
|---|---|
| HUR, LASH & CHOE, LLP | MENDELBERG P.C. |
| By:   /s/ *Robert L. Lash* | By:   */s/ Gabriel Mendelberg* |
|       Robert L. Lash |       Gabriel Mendelberg |
| *Attorneys for Plaintiffs* | *Attorneys for Sienna Marketing* |
| 600 Sylvan Avenue, Suite 109 | 75 Maiden Lane, Suite 603 |
| Englewood Cliffs, NJ 07632 | New York, NY 10038 |
| Tel: (212) 468-5591 | Tel: (646) 791-3611 |