**MEMO ENDORSED**

**MENDELBERG, P.C.**
**75 MAIDEN LANE, SUITE 603**
**NEW YORK, NEW YORK 10038**
**(646) 791-3611**
gabe@mendelberglaw.com

September 13, 2024

*Via* ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007

  Re: *Chan et al. v. Sienna Marketing and Consulting, Inc. et al.*
    1:24-cv-04071-LAK-GS

Dear Judge Kaplan:

  My firm represents Sienna Marketing and Consulting, Inc. d/b/a Creative Capital Solutions ("Sienna"), a defendant in the above-referenced matter. I respectfully submit this letter-application, with the consent and prior agreement of all parties, to respectfully request that: (a) pursuant to Local Civil Rule 83.9(e), this dispute be referred to the Mediation Program of the Southern District of New York; and (b) to the extent the mediation is unsuccessful, the action be stayed in favor of binding arbitration before a private arbitral forum on any unresolved issues.

  On May 28, 2024, Plaintiffs Shihwan Simon Chan and Sysonic Electronics, Inc. ("Plaintiffs"), commenced suit against Sienna, City Capital NY, LLC ("CCNY"), Proventure Capital, LLC ("Proventure"), and Seamless Capital Group, LLC ("Seamless") (collectively, "Defendants"), asserting claims arising from various financing agreements. ECF Doc. 1. Seamless has advised the parties that its agreement with Plaintiffs contains a mandatory arbitration provision. Proventure has advised the parties that its agreement contains a Connecticut forum selection clause. Plaintiffs contend that this Court is an appropriate forum, as those provisions are either inapplicable and/or were waived. Defendants Sienna, Proventure and Seamless have obtained an adjournment to September 17, 2024, to respond to the Complaint. ECF Doc. 24. According to the docket, CCNY has not appeared in this action and Plaintiffs intend to seek entry of a default against CCNY.

  The appearing parties have conferred and have agreed that S.D.N.Y mediation presents an opportunity to resolve the dispute on a cost-effective basis. The parties have further agreed to arbitrate any remaining unresolved issues before a private arbitral forum. Accordingly, the appearing parties respectfully request that the Court So-Order the instant letter application and stay this proceeding pending mediation and, if necessary, arbitration.

1

Your Honor's attention to this matter is greatly appreciated.

Respectfully,

/s/*Gabriel Mendelberg* (7482)

cc: Counsel of Record
*Via* ECF

The deadline for Defendants to answer or otherwise respond to the Complaint is hereby stayed while the parties engage in mediation. Following the conclusion of the mediation, the parties shall promptly inform the Court as to whether they were able to reach an agreement to resolve all claims in this action. To the extent the parties have not been able to so, they may renew their request to stay this action in its entirety pending arbitration. By separate order, the Court will refer the parties to the Court-annexed mediation program.

Date: September 17, 2024
New York, New York.

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE