UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIHWEN SIMON CHAN and SYSONIC ELECTRONICS, INC.,

Plaintiffs,

-v-

SIENNA MARKETING AND CONSULTING, INC. D/B/A CREATIVE CAPITAL SOLUTIONS, CITY CAPITAL NY, LLC, PROVENTURE CAPITAL, LLC, SEAMLESS CAPITAL GROUP, LLC, JOHN DOES 1-10,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/25

Case No. 1:24-cv-04071-LAK

JUDGMENT AGAINST CITY CAPITAL NY, LLC

The action having been commenced on May 28, 2024, by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant City Capital NY, LLC ("Defaulting Defendant") via service of process through the New York State Secretary of State's office on June 3, 2024, with a copy of the Affidavit of Service upon the Defaulting Defendant being filed with the Court on June 5, 2024, and the Clerk having issued a Certificate of Default on November 15, 2024, and the time for the Defaulting Defendant to answer the Complaint having expired, it is, 3

ORDERED, ADJUDGED, AND DECREED: That Plaintiff have judgment against the Defendant CITY CAPITAL NY, LLC in the amount of $747,408.48, plus pre-judgment interest through October 31, 2025 of $195,165.85, attorneys' costs and disbursements in the amount of $7,342.30 amounting in all to $949,916.63, exclusive of pre-judgement from November 1, 2025 and post-judgement interest. The Clerk shall terminate DKT 36.

_____
United States District Judge

Dated: 11/3, 2025